UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:25-cr-83 |
| v. | ) | |
| | ) | JUDGES McDonough/Dumitru |
| JOSEPH A. BOWLES-MORRISON | ) | |

## INDICTMENT

## COUNT ONE
## RECEIPT OF CHILD PORNOGRAPHY

The Grand Jury further charges that, beginning on or about January 1, 2021 and continuing until April 30, 2025, within the Eastern District of Tennessee, the defendant, JOSEPH A. BOWLES-MORRISON, knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and, that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT TWO
## POSSESSION OF CHILD PORNOGRAPHY

The Grand Jury further charges that, beginning on or about January 1, 2021 and continuing until April 30, 2025, within the Eastern District of Tennessee, the defendant, JOSEPH A. BOWLES-MORRISON, did unlawfully and knowingly possess any film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and such image had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by

computer, to wit: videos depicting a minor engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Two of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, JOSEPH A. BOWLES-MORRISON, shall forfeit to the United States of America, the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The properties to be forfeited include, but are not limited to, the following:

1. **Samsung Galaxy ZFold 4 (SN: R5CT81FH7GJ)**
2. **Samsung S23 Ultra (SN: 5CW80JBWVH)**
3. **Apple iPhone 13 Pro Max (IMEI: 356985727778013)**

2

4. Google Pixel (IMEI: 355578430310769)

   5. Apple iPhone 12 (IMEI: 353335935167125)

                                                A TRUE BILL:

                                                GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
      Charles D. Minor
      Special Assistant United States Attorney