AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>JOSEPH A. BOWLES-MORRISON<br><br>_Defendant_ | )<br>)<br>) Case No. 1:25-cr-83<br>) TRM | MJD<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ JOSEPH A. BOWLES-MORRISON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(A)(a)(2) and (b)(1) - Receipt of Child Pornography

18 U.S.C. §§ 2252(A)(a)(5)(B) and (b)(2) - Possession of Child Pornography

Date: 7/22/2025

_Issuing officer's signature_

City and state: Chattanooga, TN

LEANNA R. WILSON, CLERK
_Printed name and title_

### Return

This warrant was received on _(date)_ 7-22-25, and the person was arrested on _(date)_ 8-5-25
at _(city and state)_ Chattanooga, TN.

Date: 8-5-25

_Arresting officer's signature_

DUSM Ted Gregory
_Printed name and title_

11836855