**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-83 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| JOSEPH A. BOWLES-MORRISON | ) | Magistrate Judge Mike Dumitru |
| | ) | |

**ORDER**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of Count One; (4) defer a decision on whether to accept the plea agreement (Doc. 18) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 24). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 24) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **May 22, 2026, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

> */s/Travis R. McDonough*
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**