# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA )
                                    )      Case No. 1:25-cr-83

v.                                         )

                                          )      Judge Travis R. McDonough

JOSEPH BOWLES-MORRISON    )

                                          )      Magistrate Judge Michael J. Dumitru

                                          )

---

## ORDER

---

Before the Court is Defendant's unopposed motion to continue his sentencing hearing (Doc. 31). For good cause shown, Defendant's motion (*id.*) is **GRANTED**. Defendant's sentencing hearing is **CONTINUED** to **July 24, 2026, at 2:00 PM ET**.

     **SO ORDERED.**

                              **/s/*Travis R. McDonough***
                              **TRAVIS R. MCDONOUGH**
                              **UNITED STATES DISTRICT JUDGE**